**FILED**

MAR 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08 - MJ - 0102  EFB

| | |
|---|---|
| UNITED STATES, | ) Mag. No. |
| Plaintiff, | ) ORDER UNSEALING CRIMINAL |
| | ) COMPLAINT AND AFFIDAVIT IN |
| v | ) SUPPORT OF THE CRIMINAL COMPLAINT |
| STEVEN JOSEPH SORIA, and MICHAEL PAUL MARTINEZ, | ) |
| Defendants. | ) |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 08-0102 be, and is, hereby ordered **UNSEALED**.

DATED: 3-26-08

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE