Case 2:08-cr-00169-WBS   Document 12   Filed 03/27/08   Page 1 of 1

**FILED**
March 27, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 08-0102-EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MICHAEL PAUL MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL PAUL MARTINEZ, Case No. MAG. 08-0102-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $225,000.00.

    ___   Unsecured Appearance Bond

    _X_   Appearance Bond with Surety

    _X_   (Other) <u>Conditions as stated on the record.</u>

    _X_   (Other) <u>The Defendant is ordered released forthwith under a $225,000 unsecured bond pending the filing of the secured bond paperwork.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/27/08  at 2:46pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge