DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL PAUL MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 08-169 EJG |
| Plaintiff, | |
| v. | DEFENDANT'S REQUEST FOR EXPANDED APPOINTMENT ORDER; ORDER |
| MICHAEL PAUL MARTINEZ, | |
| Defendant. | Time: |
| | Judge: Hon. Gregory G. Hollows |

Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender was appointed by the duty magistrate to represent the defendant, MICHAEL PAUL MARTINEZ, on April 1, 2008. Counsel undersigned has represented Mr. Martinez since that time.

The defendant has received a Notice of Forfeiture Proceedings from the Federal Bureau of Investigations (FBI).[1] The notice is related to

---

[1] The notice was actually address to the defendant's wife, Gloria Martinez. The asset listed in the notice is a jointly held asset.

1  this criminal proceeding.  Mr. Martinez, with assistance of counsel, is
2  in the process of filing a Claim of Ownership pursuant to 18 U.S.C. §
3  983 which would transfer the matter to the district court.
4     18 U.S.C. §3006A(c) states that appointed counsel's representation
5  should continue through every stage of the proceeding "including
6  ancillary matters appropriate to the proceedings".  18 U.S.C. §
7  983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title [18 U.S.C. § 3006A] in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

13    Accordingly, the defendant respectfully asks this Court to
14 authorize the Federal Defender Office to represent him in all civil
15 forfeiture proceedings related to this case.

16 Dated:  May 6, 2008

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Linda C. Harter
                                   _____
                                   LINDA C. HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   MICHAEL PAUL MARTINEZ


**O R D E R**

25    Pursuant to 18 U.S.C. § 3006A(c) and 18 U.S.C. §983(b)(1)(A), this
26 Court approves the expansion of the order appointing counsel to
27 \\\\\
28 \\\\\

Request for expanded appointment order    2

1  represent MICHAEL PAUL MARTINEZ to include representation in all civil
2  forfeiture proceedings related to the pending criminal charges.
3  Dated:05/12/08
                                           /s/ Gregory G. Hollows
4                                          _____
                                           Hon. GREGORY G. HOLLOWS
5                                          U.S. Magistrate Judge
6  martinez169.ord

Request for expanded appointment order    3