DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL PAUL MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-169-EJG |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MICHAEL THOMPSON, | ) | |
| STEVEN JOSEPH SORIA, | ) | Date: June 20, 2008 |
| MICHAEL PAUL MARTINEZ, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, HAYES H. GABLE, III for MICHAEL THOMPSON, THOMAS A. JOHNSON for STEVEN JOSEPH SORIA and LINDA C. HARTER, Chief Assistant Federal Defender, for MICHAEL MARTINEZ, that the status conference hearing date of June 20, 2008 be vacated, and the matter be set for status conference on August 8, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including August 8, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   June 19, 2008.                  Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED:   June 19, 2008.                  /s/ Linda C. Harter
                                                LINDA C. HARTER
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant
                                                MICHAEL MARTINEZ

                                                /s/ Linda C. Harter for
                                                HAYES H. GABLE, III
                                                Attorney for Defendant
                                                MICHAEL THOMPSON

                                                /s/ Linda C. Harter for
                                                THOMAS A. JOHNSON
                                                Attorney for Defendant
                                                STEVEN JOSEPH SORIA

DATED:   June 19, 2008.                  McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/Linda C. Harter for
                                                JASON HITT
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 8, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 19, 2008.            /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge