DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL PAUL MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-08-169-EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MICHAEL THOMPSON, STEVEN JOSEPH SORIA, MICHAEL PAUL MARTINEZ, | Date:  August 8, 2008 Time:  10:00 a.m. |
| Defendants. | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff; HAYES H. GABLE, III, counsel for defendant, MICHAEL THOMPSON; THOMAS A. JOHNSON, counsel for defendant, STEVEN JOSEPH SORIA; and LINDA C. HARTER, Chief Assistant Federal Defender, counsel for defendant, MICHAEL MARTINEZ, that the status conference hearing date of August 8, 2008 be vacated, and the matter be set for status conference on September 5, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

1  Based upon the foregoing, the parties agree that the time under
2  the Speedy Trial Act should be excluded from the date of signing of
3  this order through and including September 5, 2008 pursuant to 18
4  U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4
5  based upon continuity of counsel and defense preparation.

DATED: August 6, 2008              Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender


                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL MARTINEZ

                                    /s/ Linda C. Harter for
                                    HAYES H. GABLE, III
                                    Attorney for Defendant
                                    MICHAEL THOMPSON

                                    /s/ Linda C. Harter for
                                    THOMAS A. JOHNSON
                                    Attorney for Defendant
                                    STEVEN JOSEPH SORIA

DATED: August 6, 2008
                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/Linda C. Harter for
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                           **O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and
including September 5, 2008 in the interest of justice pursuant to 18
U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
T4.

DATED: August 7, 2008              /s/ Edward J. Garcia
                                   EDWARD J. GARCIA, JUDGE


Stipulation & Order/Michael Martinez        2