1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL PAUL MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-08-169-EJG |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE AND** |
| | ) **EXCLUDING TIME** |
| MICHAEL THOMPSON, STEVEN JOSEPH SORIA, MICHAEL PAUL MARTINEZ, | ) Date: September 5, 2008 |
| | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff; HAYES H. GABLE, III, counsel for defendant, MICHAEL THOMPSON; THOMAS A. JOHNSON, counsel for defendant, STEVEN JOSEPH SORIA; and LINDA C. HARTER, Chief Assistant Federal Defender, counsel for defendant, MICHAEL MARTINEZ, that the status conference hearing date of September 5, 2008 be vacated, and the matter be set for status conference on October 17, 2008 at 10:00 a.m.

The reason for this continuance is to allow all defense counsel additional time to prepare, to examine all possible defenses, and to continue their factual investigation of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 17, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  August 28, 2008                     Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Linda C. Harter
                                            LINDA C. HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant
                                            MICHAEL MARTINEZ

                                            /s/ Linda C. Harter for
                                            HAYES H. GABLE, III
                                            Attorney for Defendant
                                            MICHAEL THOMPSON

                                            /s/ Linda C. Harter for
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
                                            STEVEN JOSEPH SORIA

Dated:  August 28, 2008
                                            McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/Linda C. Harter for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including October 17, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: August 28, 2008           /s/Edward J. Garcia
                                 United States District Judge