OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700   Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM & ORDER

DATE: July 9, 2009

TO: Colleen Lydon, Courtroom Deputy to
Honorable Edward J. Garcia

FROM: B. Cricket Fox, Secretary to
Linda C. Harter, Chief Assistant Federal Defender

SUBJECT: Michael Martinez
Cr S 08-169 EJG

**FILED**
JUL 09 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

---

This Memorandum is to confirm defense counsel's request that judgment and sentencing in the above matter, presently scheduled for July 10, 2009, be continued to **Friday, July 17, 2009 at 10:00 a.m.**

The Courtroom Clerk, Assistant U.S. Attorney Jason Hitt, and U.S. Probation Officer Scott Storey have been notified of the new date.

cc: Jason Hitt, AUSA (via ECF)
    Scott Storey, U.S. Probation
    Michael Martinez

IT IS SO ORDERED

[signature]