```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
                  IN THE UNITED STATES DISTRICT COURT
 7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10  UNITED STATES OF AMERICA,    )   Case No. CR-S-08-0169 EJG
                                 )
11             Plaintiff,        )   STIPULATION AND ORDER
                                 )   CONTINUING JUDGMENT AND
12       v.                      )   SENTENCE FOR DEFENDANT
                                 )   MICHAEL PAUL MARTINEZ
13  MICHAEL PAUL MARTINEZ, et al.,)
                                 )
14             Defendants.       )
    _____ )
15
16       Plaintiff, United States of America, by its counsel, Assistant
17  United States Attorney Jason Hitt, and defendant Michael Paul
18  MARTINEZ, by his counsel, Linda Harter, Esq., hereby stipulate and
19  agree that the currently-set judgment and sentencing date of July 17,
20  2009, at 10:00 a.m. should be continued to August 14, 2009, at
21  10:00 a.m.  The continuance is based upon the need for the government
22  to finish preparation of a motion for mitigation of the defendant's
23  sentencing exposure in this case.
24  Dated: July 16, 2009           /s/Jason Hitt
                                   JASON HITT
25                                 Assistant U.S. Attorney
26  Dated: July 16, 2009           /s/Jason Hitt
                                   Authorized to sign for Ms. Harter
27                                 on 07-16-09
                                   LINDA HARTER, Esq.
28                                 Counsel for MARTINEZ
```

**ORDER**

    Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of July 17, 2009, at 10:00 a.m., is CONTINUED to August 14, 2009, at 10:00 a.m.

    **IT IS SO ORDERED.**

July 16, 2009

                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE