DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL PAUL MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 08-169 EJG |
| Plaintiff, ) | |
| v. ) | DEFENDANT'S UNOPPOSED NOTICE AND MOTION TO EXTEND SELF-SURRENDER DATE; ORDER |
| MICHAEL PAUL MARTINEZ, ) | |
| Defendant. ) | Judge: Hon. Edward J. Garcia |

To: **LAWRENCE G. BROWN**, United States Attorney, and **JASON HITT**, Assistant United States Attorney, Attorneys for the Plaintiff:

**PLEASE TAKE NOTICE** that defendant, MICHAEL PAUL MARTINEZ, through counsel undersigned is requesting that his self-surrender date be extended from September 25, 2009 by 2:00 p.m. to September 30, 2009 by 2:00 p.m. **No court date is requested.**

### BACKGROUND

On August 14, 2009, Mr. Martinez was sentenced to 42 months in BOP custody to be followed by 60 months of supervised release. At that time the defense asked for, and received, a self-surrender date of September 25, 2009 to give BOP enough time to designate Mr. Martinez

1  and for him to arrange transportation to the prison.  The Judgment and
2  Commitment Order was filed on August 21, 2009.  The Bureau of Prisons
3  has not yet designated Mr. Martinez.

4  Mr. Martinez has been seeing a dentist at Western Dental Services
5  on March Lane in Stockton.  He has been getting dental work done in
6  anticipation of going into custody.  Unfortunately, this work
7  (including a new crown) will not be completed until September 29th.
8  (Defense counsel has received a letter from the dental office
9  confirming this information.)  The defense is requesting an extension
10 of the self-surrender date to allow him five extra days to receive this
11 dental treatment before turning himself in.

12 Defense counsel has contacted the prosecutor and pretrial services
13 agent both of whom have indicated that they have no objection to this
14 request.

15 Dated:  September 15, 2009            Respectfully submitted,

16                                       DANIEL J. BRODERICK
                                         Federal Defender
17

18                                       */s/ Linda C. Harter*
                                         LINDA C. HARTER
19                                       Chief Assistant Federal Defender
                                         Attorney for Defendant
20                                       MICHAEL PAUL MARTINEZ

21

22                              **O R D E R**

23 For the reasons set forth above and good cause appearing it is
24 hereby ordered that:

25 Defendant Michael Paul Martinez's presently scheduled self-
26 surrender date of September 25, 2009 by 2:00 p.m. be extended to
27 September 30, 2009 by 2:00 p.m.  All other orders regarding his
28 sentence and conditions of release are to remain in full force and

Def. Request to Extend Self-Surrender   -2-

1 | effect.
2 | **IT IS SO ORDERED.**
3 | Dated: Sept. 21, 2009              /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
4 |                                     United States District Judge