```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL PAUL MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL PAUL MARTINEZ,<br><br>            Defendant.<br>_____ | No. Cr. S 08-169 EJG<br><br>REQUEST FOR ORDER AND ORDER TO EXONERATE PROPERTY BOND |

    Michael Paul Martinez was charged with Conspiracy to Distribute at Least 50 grams of Methamphetamine. His first appearance was on March 26, 2008. On March 27, 2008, following a detention hearing in front of the Honorable Judge Dale A. Drozd, he was released pending the posting of a $225,000- bond to be secured by real property (3339 Ginkgo Way, Eugene, Oregon 97404) owned by his parents, Christopher R. Charles and Lizbeth S. Charles. The appearance bond and Deed of Trust were filed on April 11, 2008.

    Mr. Martinez has pled guilty and was sentenced to 42 months in BOP custody. He self-surrendered on September 30, 2009 and is now in BOP custody in FCI Sheridan.

It is hereby requested that the bond secured by the Deed of Trust be exonerated and that the Clerk of the Court be directed to reconvey the property to its owners.

Dated: October 1, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*Linda C. Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MICHAEL PAUL MARTINEZ

**ORDER**

**IT IS HEREBY ORDERED** that the $225,000 bail secured by a Deed of Trust and Appearance Bond relating to the property at 3339 Ginkgo Way in Eugene, Oregon be exonerated.

**IT IS FURTHER ORDERED** that the property be reconveyed to Mr. and Mrs. Charles.

Dated: October 8, 2009.

U.S. MAGISTRATE JUDGE

Request/Order Exonerating Bond         -2-