1  THOMAS A. JOHNSON, #119203
2  400 Capitol Mall, Suite 1620
   Sacramento, California  95814
3  Telephone:  (916) 422-4022
   Attorney for Defendant Steven Soria

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,           ) Case No.: 2:08-cr-00169-EJG
                                       )
9            Plaintiff,                ) STIPULATION AND ORDER TO
                                       ) CONTINUE STATUS CONFERENCE
10       v.                            )
                                       ) Date:   February 12, 2010
11                                     ) Time:   10:00 a.m.
                                       ) Judge:  Hon. Edward J. Garcia
12 STEVEN SORIA,                       )
                                       )
13           Defendant

14

15       **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status

16 Conference scheduled for February 12, 2010 at 10:00 a.m. is to be continued to March 5, 2010 at

17 10:00 a.m.in the same courtroom. Jason Hitt, Assistant United States Attorney, Thomas A.

18 Johnson, attorney for Steven Soria, and Hayes Gable, attorney for Michael Thompson, are

19 requesting such continuance in order to complete negotiations.  A plea agreement was received

20 by Steven Soria's defense counsel on February 10, 2010.  The continuation is requested because

21 defense counsel needs additional time to review the plea agreement with the Defendant and

22 continue settlement negotiations.

23       The parties stipulate and agree that the interests of justice served by granting this

24 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

25 U.S.C. § 3161(h)(7)(A).  It is further stipulated that the period from the date of this stipulation

26 through and including March 5, 2010, be excluded in computing the time within which trial must

27 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

28 Code T2 and T4 for continuity and preparation of counsel.

1 **IT IS SO STIPULATED.**

2 DATE:  February 11, 2010 /s/ Thomas A. Johnson
3 THOMAS A. JOHNSON
Attorney for Defendant
4 STEVEN SORIA

5
DATE:  February 11, 2010 /s/ Hayes Gable
6 HAYES GABLE
Attorney for Defendant
7 MICHAEL THOMPSON

8
DATE:  February 11, 2010 BENJAMIN B. WAGNER
9 United States Attorney

10 By:   /s/   Jason Hitt
JASON HITT
11 Assistant U.S. Attorney

12
**IT IS SO ORDERED.**
13

14

15 Dated:  February 11, 2010

16

17

18 /s/Edward J. Garcia
HON. EDWARD J. GARCIA
19 U.S. District Court Judge

STIPULATION AND ORDER          - 2 -