HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
MICHAEL THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **MICHAEL THOMPSON**, <br><br> Defendant(s). | Cr.  S-08-169 EJG <br><br> **REQUEST FOR ORDER AND ORDER TO EXONERATE PROPERTY BOND** <br><br><br> Hon. Edward J. Garcia |

On July 23, 2010, Michael Thompson was sentenced to 120 months in the BOP custody.  He was remanded on that date to begin serving his sentence.

On March 31, 2008, the defendant was ordered released on a secured bond.  It is hereby requested that the bond, secured by a deed of trust, be exonerated, and that the Clerk by directed to reconvey the real property to its owner.

Dated: July 26, 2010

                                      Respectfully submitted,

                                    /s/ Hayes H. Gable, III
                                  HAYES H. GABLE, III
                                  Attorney for Defendant
                                  MICHAEL THOMPSON

**ORDER**

**IT IS HEREBY ORDERED** that the $170,000 bail secured by a deed of trust and appearance bond relating to the property at 2029 Del Rio Drive, Stockton, California, be exonerated.

**IT IS FURTHER ORDERED** that the real property be reconveyed to Mrs. Raquel Acosta (Leos).

Dated: July 28 , 2010

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior U.S. District Court Judge